IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRIAN FLEEMAN,                        )
                                       )
       Plaintiff,            )
                                       )
vs.                                    )
                                       )   Case No. 6:22-CV-01142
                                       )
STATE FARM FIRE AND           )
CASUALTY COMPANY,           )
                                       )
       Defendant.          )

## NOTICE OF SERVICE OF STATE FARM'S INITIAL RULE 26 DISCLOSURES

COMES NOW State Farm Fire and Casualty Company, by and through its counsel of record, and hereby notifies the Court that on the 26th day of September 2022, their Initial Rule 26 Disclosures were served via email, in PDF format, to:

Michael Shultz
Shultz Law Office, P.A.
445 North Waco
Wichita, KS 67202
316-2690-2284     FAX316-269-2011
michael@shultzlaw.net
ATTORNEYS FOR PLAINTIFF

102300657.v1

WALLACE SAUNDERS, CHARTERED

BY: ___/s/ Mark D. Ware_____
James L. Sanders     KS 11483
Mark D. Ware         KS 25020
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000    FAX(913) 888-1065
mware@wallacesaunders.com
jsanders@wallacesaunders.com

ATTORNEYS FOR STATE FARM
FIRE AND CASUALTY COMPANY

I hereby certify that the above was signed by an attorney of record in this matter and the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following participants, and a copy was electronically transmitted to the email addresses listed below on the 26th day of September, 2022;

Michael Shultz
Shultz Law Office, P.A.
445 North Waco
Wichita, KS 67202
316-2690-2284    FAX316-269-2011
michael@shultzlaw.net
ATTORNEYS FOR PLAINTIFF


___/s/ Mark D. Ware_____
For the Firm

2

102300657.v1